## LINCOLN SWEENEY v. STATE.

No. A.-7715. Opinion Filed July 18, 1931.
(1 Pac. [2d] 789.)

O. H. Whitt, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, hereinafter called defendant, was convicted in the county court of Pittsburg county on a charge of having the unlawful possession of intoxicating liquor, and was sentenced to pay a fine of $100 and to serve 60 days in the county jail.

The record discloses that, at the time charged, certain officers with a search warrant went to the residence of defendant, made a search, and found 103 bottles of choctaw beer and a small quantity of wine. Defendant did not testify and offered no evidence.

Some contention is made that the search warrant was improperly issued as not based on a sufficient affidavit. This contention cannot be sustained. The affidavit, while not a model, makes a sufficient showing of probable cause to authorize the issuance of a search warrant. The testimony sufficiently sustains the judgment.

The case is affirmed.